UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>,<br><br>    Defendant. | Case No.  15-cv-02728-VC<br><br>**JUDGMENT** |

For the reasons stated in the order Denying Bonilla's Motion to Proceed *In Forma Pauperis* and Dismissing Complaint with Prejudice, this case is dismissed with prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: July 14, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BONILLA,

        Plaintiff,

   v.

,

        Defendant.

Case No.  15-cv-02728-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Wayne Bonilla ID: J-48500
San Quentin State Prison
San Quentin, CA 94964

Dated: July 14, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2